**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**BYRON SIGNORELLI**                                                                             **CIVIL ACTION**

**VERSUS**                                                                                                 **NO. 06-2859**

**RICHARD STALDER, ET AL.**                                                  **SECTION "K"(3)**

**ORDER AND REASONS**

Before the Court is a Motion to Appeal Decision on Request for Appointment of Council (sic). The gravamen of plaintiff's complaint is that the defendants have failed to furnish him with medication needed for treatment of Hepatitis C while he has been incarcerated. The magistrate judge denied the appointment of counsel on August 10, 2006 using the factors found in *Ulmer v. Chancellor,* 691 F.2d 209, 212 (5th Cir.1982). The Court will treat the plaintiff's motion as an objection to the Magistrate Judge's August 10, 2006, ruling and will review the merits of the motion pursuant to 28 U.S.C. § 636.

A plaintiff has no automatic right to counsel in a civil action and the Courts are afforded much discretion in considering a motion for appointment. *Ulmer v. Chancellor,* 691 F.2d 209, 212 (5th Cir.1982). In *Ulmer,* a civil rights case, the Fifth Circuit outlined the proper considerations when assessing the need for the appointment of counsel. The *Ulmer* standards require a court to look to four factors in considering the need to appoint counsel: 1) the type and complexity of the case; 2) the plaintiff's ability to adequately present his case; 3) the plaintiff's ability to adequately investigate his case to discover relevant evidence; and 4) the complexity of the evidence such to require skill in presenting the case and cross-examination. *Ulmer,* at 213.

The Court finds no error in the Magistrate Judge's findings. This case is not complex; the salient issue concerns the providing of medication. There is no need for counsel. However, to

the extent that plaintiff complains of lack of access to the necessary legal materials, the magistrate judge shall insure that plaintiff's right to access is maintained.  Accordingly,

**IT IS ORDERED** that the Motion to Appeal Decision on Request for Appointment of Council (sic) (Doc. 32) is **DENIED**.

New Orleans, Louisiana, this  2nd day of October, 2006.

*[signature]*

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**